Julio Camacho
Reg. No. 13997-014
FCI - Loretto
P.O. Box 1000
Loretto, PA 15940

FILED

2004 AUG 23 A 10: 40

U.S. DISTRICT COURT
HARTFORD, CT.

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JULIO CAMACHO, )
    Defendant-Petitioner, )
)
vs. ) CASE NO.: 3:00CR215(AVC)
) CASE NO.: 3:02CV756(AVC)
UNITED STATES OF AMERICA, )
    Plaintiff-Respondent. )
_____/

MOTION TO AMEND/SUPPLEMENT SECTION 2255 MOTION

TO THE HONORABLE COURT:

Comes Now Julio Camacho (hereinafter Petitioner), who appears *pro se* in the above-styled cause, and hereby files this request to amend/supplement the original motion under 28 U.S.C. § 2255 to add two additional grounds for relief of which Petitioner was unaware at the time of the filing of the original § 2255 motion on September 27, 2003. The reasons for granting this motion are set forth as follows:

1.

On September 27, 2003, Petitioner timely filed his motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by person in federal custody. In that motion, Petitioner identified specific grounds for the relief he was requesting. This Court has not yet entered any ruling or judgment on the original motion, nor has this Court scheduled any evidentiary hearings or argument of Petitioner on any of the grounds for relief or legal issues raised by that motion. Thus, the original motion remains pending and unresolved.

---

December 14, 2004. As the court has already granted identical relief on September 30, 2004 (see document no. 76), the motion is denied as moot.
SO ORDERED.

Alfred V. Covello, U.S.D.J.